W. Donald Gieseke
Bankruptcy Trustee
18124 Wedge Pkwy., Suite 518
Reno, NV 89511
(775) 742-9107

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

IN RE: ) CHAPTER 7
)
    FLOYD JR, WALTER EDWARD ) CASE NO: 09-52653-GWZ
)
    FLOYD, SHARI L. ) **NOTICE OF UNCLAIMED FUNDS**
) **PURSUANT TO RULE 3011 AND 11 USC**
           DEBTOR(S) ) **§ 347**

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

FROM: W. DONALD GIESEKE, TRUSTEE

    Please note an ACH payment representing the amount of unclaimed funds in the above entitled estate which will create a zero balance in the bank account. Said sum is paid to you pursuant to Bankruptcy Rule 3011 and 11 USC § 347.

The name and address of the claimant entitled to said amount is as follows:

| CLAIM NUMBER | CLAIMANT & CLAIMANT'S ADDRESS | CLAIM AMOUNT | AMOUNT OF DIVIDEND PAID |
|---|---|---|---|
| 4 | Pete Vossler Jr.<br>5555 Junction Peak Drive<br>Sparks, NV 89436 | $67,752.21 | $359.92 |
| 4B | Peter Vossler Jr.<br>5555 Junction Peak Drive<br>Sparks, NV 89436 | $1,850.00 | $1,850.00 |
| 23B | Sadiq Patankar<br>237 S. Sierra Street<br>Reno, NV 89501 | $10,175.91 | $55.58 |
| 28 | Ray & Melissa Vossler<br>5555 Junction Peak Drive<br>Sparks, NV 89436 | $18,000.00 | $98.31 |

Notice of Unclaimed Funds - 1

| | | | |
|---|---|---|---|
| 42 | Gerald Phillips<br>P.O. Box 11400<br>Reno, NV 89501 | $70,046.49 | $382.56 |
| 46B | Bonnie J. Steck<br>3339 Skyline Blvd.<br>Reno, NV 89509 | $25,284.30 | $138.09 |
| 47 | Gomes, Jeanette<br>4400 S. Hwy 33<br>Gustine, CA 95322 | $5,000.00 | $27.30 |
| | TOTAL: | $198,108.91 | $2,911.76 |

Dated:   March 22, 2017

_____
W. Donald Gieseke, Trustee